UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>HUMBERTO MORAN-TORRES,<br><br>Movant. | No. 2:10-cr-00231 TLN DAD P<br><br><br><br>ORDER |

Respondent has requested an extension of time to file a response to movant's §2255 motion pursuant to the court's order of September 26, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's October 21, 2013 request for an extension of time (ECF No. 101) is granted; and

2. On or before December 12, 2013, respondent shall file response to movant's § 2255 motion. Thirty days from the service of respondent's response, movant shall file his traverse or opposition.

Dated: October 30, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mor231.236

1